UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF, <br><br> Petitioner. | CASE NO. 2:25-mc-7-JNW <br><br> DISMISSAL ORDER |

This matter comes before the Court on its own accord. Benjamin Blanchard, purporting to appear as "Assistance of Counsel" to Kurt Benshoof, filed an "Emergency Habeas Corpus Petition." Dkt. No. 2.

On February 11, 2025, the Court issued an Order declaring Benshoof a vexatious litigant. Dkt. No. 1. Because of Benshoof's history as an abusive litigant, the Court imposed pre-filing restrictions. *Id.* at 17. Benshoof is prohibited from filing any pro se civil action in the Western District of Washington without leave from the Court. *Id.* To obtain leave, Benshoof must submit a declaration signed under the penalty of perjury that identifies all past or pending cases initiated against the same defendants, concisely states the past disposition or present posture of those cases, succinctly describes why the proposed new action involves different factual allegations and demonstrate that the new filing is not frivolous or in bad faith. *Id.* The declaration cannot exceed ten pages. *Id.*

DISMISSAL ORDER - 1

Benshoof has not moved for leave to file a new action and has not provided a declaration. *See generally* Dkt. No. 2. As the Court previously warned Benshoof, if he filed a new action without following these restrictions, the Court would deny leave to proceed, without issuing an order to show cause. *Id.* at 17.

Accordingly, the Court dismisses without prejudice the proposed emergency habeas corpus petition at Dkt. No. 2.

Dated this 4th day of April, 2025.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2