**FILED**

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BENJAMIN BLANCHARD. _____ BENJAMIN BLANCHARD, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, Respondent. | No. 25-2116 D.C. No. 2:25-mc-00007-JNW Western District of Washington, Seattle ORDER |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition, as supplemented, is denied.

No further filings will be entertained in this closed case.

**DENIED.**