

UNITED STATES DISTRICT COURT
OF WASHINGTON
WESTERN DIVISION

*In re:*
KURT BENSHOOF,
*Petitioner,*
by and through Assistance of Counsel,
Benjamin Blanchard, Filer,
*Petitioner-Appellant.*

Case No: 2:25-mc-00007-JNW

## NOTICE OF APPEAL

Notice is hereby given that Petitioner-Appellant Benjamin Blanchard, acting pursuant to Section 35 of the Judiciary Act of 1789 as Assistance of Counsel for Kurt Benshoof, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final order entered on April 4, 2025, by the United States District Court for the Western District of Washington dismissing the Emergency Petition for Writ of Habeas Corpus in Case No. 2:25-mc-00007-JNW.

As reflected in the dismissal order (Dkt. 3), the district court acknowledged Benjamin Blanchard as the filer of the Emergency Habeas Corpus Petition and dismissed the filing on procedural grounds related to a prior vexatious litigant order against Kurt Benshoof.

1

Appellant files this notice to preserve all rights of appeal from the April 4, 2025 dismissal.

Respectfully submitted,

DATED: April 29th, 2025

Benjamin Blanchard

3201 Anata Drive

Zephyrhills, FL 33541

bennyblanch@protonmail.com

